**DISMISS and Opinion Filed March 21, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01116-CV

**DANIELLE MALONE AND ALL OTHER OCCUPANTS OF 820 ABINGTON WAY, MCLENDON CHISHOLM, TEXAS 75032, Appellants**
**V.**
**TON VINH THAI, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CI1-21-0051**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Pedersen, III

Appellants have filed a motion requesting dismissal of their appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

211116f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DANIELLE MALONE AND ALL
OTHER OCCUPANTS OF 820
ABINGTON WAY, MCLENDON
CHISHOLM, TEXAS 75032,
Appellants

No. 05-21-01116-CV     V.

TON VINH THAI, Appellee

On Appeal from the County Court at
Law No. 1, Rockwall County, Texas
Trial Court Cause No. CI1-21-0051.
Opinion delivered by Justice
Pedersen, III. Justices Schenck and
Molberg participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee TON VINH THAI recover his costs of this
appeal from appellants DANIELLE MALONE AND ALL OTHER OCCUPANTS
OF 820 ABINGTON WAY, MCLENDON CHISHOLM, TEXAS 75032.

Judgment entered this 21st day of March, 2022.